# RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 3:20-CV-1318-J-20MCR

**Plaintiff:**
**ELLIOT WILLIAMSON,**

vs.

**Defendant:**
**U.S. BANK NATIONAL ASOCIATIONS, ELAN FINANCIAL SERVICES, and CHASE BANK,**

JGS2020186525

For:
ELLIOT WILLIAMSON
PRO-SE
12183 Captiva Bluff Cir W
Jaksonville, FL 32226

Received by COURTESY FLORIDA PROCESS SERVERS on the 11th day of December, 2020 at 3:29 pm to be served on **Chase Bank By serving CT Corporation Systems as it's statutory registered agent, 1200 S. Pine Island Road, Suite 240, Plantation, FL 33324**.

I, CARLOS PARDO, do hereby affirm that on the **18th day of December, 2020** at **11:30 am**, I:

**CORPORATE: served** by delivering a true copy of the **SUMMONS AND COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Donna Mock** as **Registered Agent** at the address of: **1200 S. Pine Island Road, Suite 240, Plantation, FL 33324** on behalf of **Chase Bank**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct, that I am a sheriff appointed, SPECIAL PROCESS SERVER IN GOOD STANDING for the in the county in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525 ( 2 ).

**CARLOS PARDO**
SPS # 519

**COURTESY FLORIDA PROCESS SERVERS**
**Payment Center**
P.O. Box 40-3621
Miami Beach, FL 33140
(888) 319-3160

Our Job Serial Number: JGS-2020186525

FILED 2020 DEC 30 AM 11:24 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1u

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 3:20-CV-1318-J-20MCR

Plaintiff:
**ELLIOT WILLIAMSON,**

vs.

Defendant:
**U.S. BANK NATIONAL ASOCIATIONS, ELAN FINANCIAL SERVICES, and CHASE BANK,**

JGS2020186527

For:
ELLIOT WILLIAMSON
PRO-SE
12183 Captiva Bluff Cir W
Jaksonville, FL 32226

Received by COURTESY FLORIDA PROCESS SERVERS on the 17th day of December, 2020 at 3:36 pm to be served on **Elan Financial Services By serving CT Corporation Systems as it's statutory registered agent, 1200 S. Pine Island Road, Suite 240, Plantation, FL 33324.**

I, CARLOS PARDO, do hereby affirm that on the **18th day of December, 2020** at **11:30 am, I:**

**CORPORATE: served** by delivering a true copy of the **SUMMONS AND COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Donna Mock** as **Registered Agent** at the address of: **1200 S. Pine Island Road, Suite 240, Plantation, FL 33324** on behalf of **Elan Financial Services**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct, that I am a sheriff appointed, SPECIAL PROCESS SERVER IN GOOD STANDING for the in the county in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525 ( 2 ).

**CARLOS PARDO**
SPS # 519

**COURTESY FLORIDA PROCESS SERVERS**
Payment Center
P.O. Box 40-3621
Miami Beach, FL 33140
(888) 319-3160

Our Job Serial Number: JGS-2020186527

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1u

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 3:20-CV-1318-J-20MCR

Plaintiff:
**ELLIOT WILLIAMSON,**

vs.

Defendant:
**U.S. BANK NATIONAL ASOCIATIONS, ELAN FINANCIAL SERVICES, and CHASE BANK,**

JGS2020186528

For:
ELLIOT WILLIAMSON
PRO-SE
12183 Captiva Bluff Cir W
Jaksonville, FL 32226

Received by COURTESY FLORIDA PROCESS SERVERS on the 17th day of December, 2020 at 3:36 pm to be served on **US Bank N.A. By serving CT Corporation Systems as it's statutory registered agent, 1200 S. Pine Island Road, Suite 240, Plantation, FL 33324**.

I, CARLOS PARDO, do hereby affirm that on the **18th day of December, 2020** at **11:30 am, I:**

**CORPORATE: served** by delivering a true copy of the **SUMMONS AND COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Donna Mock** as **Registered Agent** at the address of: **1200 S. Pine Island Road, Suite 240, Plantation, FL 33324** on behalf of **US Bank N.A.**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct, that I am a sheriff appointed, SPECIAL PROCESS SERVER IN GOOD STANDING for the in the county in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525 ( 2 ).

**CARLOS PARDO**
SPS # 519

**COURTESY FLORIDA PROCESS SERVERS**
**Payment Center**
**P.O. Box 40-3621**
**Miami Beach, FL 33140**
**(888) 319-3160**

Our Job Serial Number: JGS-2020186528

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1u